McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TASHA SCOTT, | ) | 1:05-cv-1611 AWI TAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | FOR REMAND PURSUANT TO |
| | ) | SENTENCE SIX OF 42 U.S.C. |
| JO ANNE B. BARNHART, | ) | § 405(g) |
| Commissioner of Social | ) | |
| Security, | ) | |
| defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

The cassette tape of the oral administrative hearing is inaudible, therefore the Commissioner requests that this matter be remanded back to an Administrative Law Judge to hold a new hearing and issue a new decision.

Defendant further agrees to provide the Court and plaintiff with a Status Report every 90 days from the date this remand order is filed with the Court.

Respectfully submitted,

Dated: March 22, 2006            /s/ Laura Eve Krank
                                 (As authorized via facsimile)
                                 LAURA EVE KRANK
                                 Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 22, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | | /s/ Kristi C. Kapetan<br>KRISTI C. KAPETAN |
| 5 | | Assistant U.S. Attorney |
| 6 | IT IS SO ORDERED. | |
| 7 | Dated:  **MARCH 23, 2006** | **/S/ THERESA A. GOLDNER** |
| 8 | **J6EB3D** | UNITED STATES MAGISTRATE JUDGE |