McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
DONNA M. MONTANO
Special Assistant United States Attorney
333 Market Street
San Francisco, CA
Telephone: (415) 977-8985
Facsimile: (415) 744-0134
Email:     donna.m.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TASHA SCOTT, | ) | CIV-S-1:05-1611 AWI TAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION FOR |
| v. | ) | ENTRY OF JUDGMENT; |
| | ) | ORDER THEREON |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

   The parties to the above-captioned action, by their undersigned attorneys, hereby request that this Court direct the Clerk to enter judgment pursuant to Fed. R. Civ. P. 58, affirming the February 23, 2007, post-remand final decision of the Commissioner of Social Security in favor of Plaintiff.

   On March 26, 2006, this Court entered an order remanding the case pursuant to 42 U.S.C. § 405(g), sentence six.  In Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157 at 2165, 115 L. Ed. 78 (1991), the Supreme Court held that a district court may retain jurisdiction over Social Security cases remanded under 42 U.S.C.

1

§ 405(g), sentence six, and that the Commissioner is to return to court following completion of the administrative proceedings on remand and file the new decision, with the court then to enter a "final judgment." See, also, Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed. 2d 239 (1993).

Therefore, the parties request that final judgment be entered in this case.

```
                                        /s/ Laura Lackey Krank
DATED:8/23/07                          _____
                                        LAURA LACKEY KRANK
                                        (By telephone authorization)
                                        Attorney at Law
                                        Attorney for Plaintiff

DATED: 8/23/07                          McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Donna Montano
                                    By:_____
                                        DONNA M. MONTANO
                                        Special Assistant U. S. Attorney
                                        Attorneys for Defendant
```

**ORDER**

For good cause shown in the case of <u>TASHA SCOTT V. ASTRUE</u> CIV-1:05 CV-1611 TAG, the parties' request for entry of judgment in favor of Plaintiff, pursuant to the administrative post-remand final decision dated February 23, 2007, is hereby GRANTED.

The Clerk of the Court is directed to enter judgment.

IT IS SO ORDERED.

**Dated:   July 24, 2007**            /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE