1  LAURA KRANK
   ATTORNEY AT LAW: 220208
2  LAW OFFICES OF ROHLFING & KALAGIAN
   211 EAST OCEAN BLVD., SUITE 420
3  LONG BEACH, CA 90802
   562/437-7006
4  FAX: 562/432-2935
   Email: lekrank@hotmail.com
5
6  ATTORNEYS FOR PLAINTIFF

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 TASHA SCOTT                    ) CIV-S-1: 05-1611 AWI TAG
                                  )
12         Plaintiff,             ) STIPULATION FOR THE AWARD
                                  ) AND PAYMENT OF ATTORNEY
13     vs.                        ) FEES PURSUANT TO THE EQUAL
                                  ) ACCESS TO JUSTICE ACT, 28 U.S.C.
14 MICHAEL J. ASTRUE,             ) § 2412(d); *ORDER THEREON*
   Commissioner of Social Security,)
15                                )
           Defendant.             )
16 _____)

17     IT IS HEREBY STIPULATED by and between Plaintiff Tasha Scott

18 ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social

19 Security ("Defendant"), collectively as the "parties," through their undersigned

20 attorneys, subject to the approval of the Court, LAURA KRANK, as Plaintiff's

21 counsel and assignee, be awarded attorney fees, costs and expenses under the

22 EAJA in the amount of EIGHT HUNDRED DOLLARS ($800.00). This amount

23 represents compensation for all legal services rendered by LAURA KRANK on

24 behalf of Plaintiff in connection with this civil action, in accordance with 28

25 U.S.C. § 2412(d).

26

-1-

1 This stipulation constitutes a compromise settlement of Plaintiff's request for
2 EAJA attorney fees, costs, and expenses, and does not constitute an admission of
3 liability on the part of Defendant under the EAJA.  Nor do Plaintiff, LAURA
4 KRANK, or Defendant resolve, settle, or compromise the question of whether
5 LAURA KRANK may be, is, or should be the direct payee of an award of fees,
6 costs, and expenses under the EAJA in the absence of an express or implied
7 assignment of such an award or whether any such award is free from or subject to
8 debts of Plaintiff, if any, under the Debt Recovery Act.

9 Payment of EIGHT HUNDRED DOLLARS ($800.00) in EAJA attorney
10 fees, costs, and expenses to LAURA KRANK shall constitute a complete release
11 from and bar to any and all claims Plaintiff may have relating to EAJA fees in
12 connection.  Any payment shall be made payable to Plaintiff's counsel as
13 Plaintiff's assignee and delivered to Plaintiff's counsel.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: September 7, 2007    Respectfully submitted,

Rohlfing & Kalagian

BY: /s/ *Laura Krank*
Laura Krank
Attorney for plaintiff
TASHA SCOTT

DATE: September 7, 2007    DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division

BY: /s/ Donna Montano
DONNA M. MONTANO
Assistant United States Attorney
Attorneys for defendant Michael J. Astrue
Commissioner of Social Security

It is so Ordered. Dated: 9/12/2007

United States Magistrate Judge